| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>NANCY ISAACSON, ESQ. (NI/1325)<br>GREENBAUM, ROWE, SMITH & DAVIS LLP<br>75 Livingston Avenue, Suite 301<br>Roseland, New Jersey 07068-3701<br>(973) 535-1600 | |
| In Re:<br><br>DEXTER C. BARTHOLOMEW and<br>DJENANE BARTHOLOMEW,<br><br>                   Debtors.<br><br>MARIE CONDE,<br><br>                   Plaintiff,<br><br>v.<br><br>DEXTER C. BARTHOLOMEW and<br>DJENANE BARTHOLOMEW,<br><br>                   Defendants. | Case No.   15-23509 (CMG)<br><br>Chapter 11<br><br>Judge:  Hon. Christine M. Gravelle<br><br><br><br>Adv. Proc. No.: 16-01268 (CMG) |

**ADJOURNMENT REQUEST**

1.     I, Nancy Isaacson,

      _x_   am the attorney for: <u>Marie Conde</u>

      ___   am self-represented

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: <u>Trial</u>

4906006.1

Current hearing date and time:  January 11, 2018 at 10:00 a.m.

New date requested: April 18, 2018 at 10:00 a.m.

Reason for adjournment request:  This action seeks to declare the plaintiff's debt non-dischargeable.  Recently, the Trustee instituted an action against the debtors seeking to deny the debtors their discharge (Adv. Proc. No. 16-01268 (CMG).  It is not an efficient or reasonable use of the Court or the parties' time to litigate the potential non-dischargeability of the plaintiff's debt while the debtors' discharge may be denied *in toto* if the pending Trustee action is successful.  The Trustee action is expected to be resolved within the next 60 days.

2. Consent to Adjournment:

 __ I have the consent of all parties  _x_ I do not have the consent of all parties (explain below) While I have communicated with the Debtors' counsel (Joseph Casello) and explained that this trial should be adjourned for the reasons noted above, Mr. Casello understood the reasons for the requested adjournment but could not consent.

I certify under penalty of perjury that the foregoing is true.

Dated:  January 5, 2018                            /s/ Nancy Isaacson
                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

___  Granted      New hearing date: _____           ___ Peremptory

_X_  Granted over objection(s)  New hearing date: April 20, 2018 at 10:00 am  ___ Peremptory

___  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4906006.1