UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Adv. Pro. No.: _____

Chapter: _____

Judge: _____

**MEDIATION REPORT**

By order of this court dated _____, this matter was referred to mediation.

1. A settlement of this matter:

    ☐ was reached    ☐ was not reached

2. [*If a settlement was reached:*] The party designated to file the settlement document(s) is: _____ [*identify party by name*]. The settlement document(s) will be filed on or before _____ [*date*].

3. Resolution of Adversary Proceeding:

    ☐ All outstanding issues have been resolved and the case may be closed in the normal course.

    ☐ There are issues that have not been resolved and the case shall remain open.

    ☐ The matter addressed by mediation does not apply to an adversary proceeding.

Dated: _____    _____
                                                                Mediator's Signature

*rev.8/1/16*