| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>NANCY ISAACSON, ESQ. (NI/1325)<br>GREENBAUM, ROWE, SMITH & DAVIS LLP<br>75 Livingston Avenue, Suite 301<br>Roseland, New Jersey  07068-3701<br>(973) 535-1600 | |
| In Re:<br><br>DEXTER C. BARTHOLOMEW and<br>DJENANE BARTHOLOMEW,<br><br>                         Debtors.<br><br>MARIE CONDE,<br><br>                         Plaintiff,<br><br>v.<br><br>DEXTER C. BARTHOLOMEW and<br>DJENANE BARTHOLOMEW,<br><br>                         Defendants. | Case No.   15-23509 (CMG)<br><br>Chapter 11<br><br>Judge:  Hon. Christine M. Gravelle<br><br><br><br>Adv. Proc. No.: 16-01268 (CMG) |

## ADJOURNMENT REQUEST

1.     I, Nancy Isaacson,
    - _x_   am the attorney for:  Marie Conde
    - ___   am self-represented

    and request an adjournment of the following hearing for the reason set forth below.

    Matter:  Trial

6858037.1

Current hearing date and time:  March 31, 2021 at 10:00 a.m.

New date requested:  60 days

Reason for adjournment request:  This action seeks to declare the plaintiff's debt non-dischargeable. Plaintiff and Defendants would like the opportunity to resume settlement discussions.

2. Consent to Adjournment:

  x   I have the consent of all parties  ___  I do not have the consent of all parties (explain below)

I certify under penalty of perjury that the foregoing is true.

Dated:  April 5, 2021                                 /s/ Nancy Isaacson
                                                            Nancy Isaacson

**COURT USE ONLY:**

The request for adjournment is:

**X**   Granted     New hearing date:  June 17, 2021 at 10:00 a.m.   Peremptory

___   Granted over objection(s) New hearing date: _____    ___ Peremptory

___   Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

6858037.1